Joseph E. Addiego III (CA SBN 169522)
Mary McNeill (CA SBN 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:          marymcneill@dwt.com
                joeaddiego@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CATHLEEN C. EMLER and ROBERT W. EMLER,<br><br>             Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>             Defendants. | Case No. 1:16-cv-00028-DAD-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, N.A TO RESPOND TO COMPLAINT; ORDER**<br><br>**[Civ. L.R. 6-1]**<br><br>Complaint Filed December 9, 2015<br><br>Complaint Served December 11, 2015 |

1    WHEREAS, on January 8, 2016, Defendant JP Morgan Chase N.A. ("Chase") removed this

2  matter from state court;

3    WHEREAS, Chase's original deadline to respond to the complaint is January 15, 2016; and

4    WHEREAS, Plaintiff granted Chase a 30-day extension to respond to the complaint.

5    NOW THEREFORE, Plaintiff and Defendant Chase HEREBY STIPULATE AND AGREE

6  AS FOLLOWS:

7    1.    The deadline for Chase to answer, move, or otherwise respond to Plaintiffs'

8  complaint shall be extended up to and including <u>February 15, 2016</u>.

9    2.    This stipulation will not alter the date of any event or any deadline already fixed by

10  Court order.

11    IT IS SO STIPULATED.

12

13

14    DATED January 25, 2016.

15                    DAVIS WRIGHT TREMAINE LLP
                     Joseph E. Addiego, III
16                    Sanjay M. Nangia

17

18                    By:<u>*/s/ Joseph E. Addiego III*</u>
                        Joseph E. Addiego III
19
                     Attorneys for Defendant
20                    JPMORGAN CHASE BANK, N.A.

21
                     KETTNER LAW CORPORATION
22                    Marc S. Applbaum

23
                     By:<u>*/s/ Marc S. Applbaum*</u>
24                       Marc S. Applbaum

25                    Attorneys for Plaintiffs
                     CATHLEEN C. EMLER and ROBERT W.
26                    EMLER

27

28

<u>ATTESTATION</u>

I, Joseph E. Addiego, III, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

_/s/ Joseph E. Addiego III_____
Joseph E. Addiego III

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   **January 25, 2016**             _/s/ Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 1:16-cv-00028-DAD-BAM