Joseph E. Addiego III (CA SBN 169522)
Mary McNeill (CA SBN 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:   joeaddiego@dwt.com
  marymcneill@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CATHLEEN C. EMLER and ROBERT W. EMLER,<br><br>            Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | Case No. 1:16-cv-00028-DAD-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>**[Civ. L.R. 6-1]**<br><br>Complaint Filed December 9, 2015<br><br>Complaint Served December 11, 2015 |

1  WHEREAS, on January 8, 2016, Defendant JPMorgan Chase N.A. ("Chase") removed this matter from state court;

2  WHEREAS, Chase's original deadline to respond to the complaint was January 15, 2016;

3  WHEREAS, Plaintiffs granted Chase a 30-day extension to respond to the complaint through February 15, 2016; and

4  WHEREAS Plaintiffs granted Chase an additional 14-day extension to respond to the complaint through February 29, 2016;

NOW THEREFORE, Plaintiffs and Defendant Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Chase to answer, move, or otherwise respond to Plaintiffs' complaint shall be extended up to and including <u>February 29, 2016</u>.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED February 12, 2016.

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
Mary H. McNeill

By: */s/ Mary H. McNeill*
     Mary H. McNeill

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

KETTNER LAW CORPORATION
Marc S. Applbaum

By: */s/ Marc S. Applbaum*
     Marc S. Applbaum

Attorneys for Plaintiffs
CATHLEEN C. EMLER and ROBERT W. EMLER

|    |    |
|----|----|
| 1  | ATTESTATION |
| 2  | I, Mary H. McNeill, hereby attest that concurrences in the filing of this document have been |
| 3  | obtained from each of the signatories. |

                                                  /s/ *Mary H. McNeill*
                                                     Mary H. McNeill

ORDER

IT IS SO ORDERED.

Date: 2/12/2016                   /s/ BARBARA A. McAULIFFE
                                      UNITED STATES MAGISTRATE JUDGE