1  Joseph E. Addiego III (CA SBN 169522)
   Mary McNeill (CA SBN 261500)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:     (415) 276-6500
4  Facsimile:     (415) 276-6599
   Email:         joeaddiego@dwt.com
5                 marymcneill@dwt.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          FRESNO DIVISION

12 | CATHLEEN C. EMLER and ROBERT W. EMLER, | Case No. 1:16-cv-00028-DAD-BAM |
   |---|---|
   | Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO COMPLAINT;  ORDER** |
   | v. | |
   | JPMORGAN CHASE BANK, N.A., et al., | **[Civ. L.R. 6-1]** |
   | Defendants. | Complaint Filed December 9, 2015 |
   | | Complaint Served December 11, 2015 |

WHEREAS, on January 8, 2016, Defendant JPMorgan Chase N.A. ("Chase") removed this matter from state court;

WHEREAS, Chase's original deadline to respond to the complaint was January 15, 2016;

WHEREAS, Plaintiffs granted Chase a 30-day extension to respond to the complaint through February 15, 2016; and

WHEREAS Plaintiffs granted Chase an additional 14-day extension to respond to the complaint through February 29, 2016;

WHEREAS Plaintiffs granted Chase an additional 18-day extension to respond to the complaint through March 18, 2016

NOW THEREFORE, Plaintiffs and Defendant Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Chase to answer, move, or otherwise respond to Plaintiffs' complaint shall be extended up to and including <u>March 18, 2016</u>.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED March 1, 2016.

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
Mary H. McNeill

By:<u>*/s/ Mary H. McNeill*          </u>
　　　Mary H. McNeill

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

KETTNER LAW CORPORATION
Marc S. Applbaum

By:<u>*/s/ Marc S. Applbaum*          </u>
　　　Marc S. Applbaum

Attorneys for Plaintiffs
CATHLEEN C. EMLER and ROBERT W. EMLER

<u>ATTESTATION</u>

I, Mary H. McNeill, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

                                       /s/ *Mary H. McNeill*
                                            Mary H. McNeill

## ORDER

IT IS SO ORDERED that the deadline for Chase to answer, move, or otherwise respond to Plaintiffs' complaint shall be extended up to and including March 18, 2016.

Dated:  **March 1, 2016**                             /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE