UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN C. EMLER and ROBERT W. EMLER<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | No. 1:16-cv-00028-DAD-BAM<br><br>ORDER DISMISSING DEFENDANT J.P. MORGAN CHASE BANK N.A. FROM THE ACTION<br><br>(Doc. No. 14) |

On February 4, 2016, plaintiffs Cathleen Emler and Robert Emler filed a notice of voluntary dismissal with prejudice, in accordance with a settlement agreement, as to defendant J.P. Morgan Chase Bank N.A. (Doc. No. 14.) No responsive pleading has been filed in this action. In light of this, defendant J.P. Morgan Chase Bank N.A. has been terminated from the action, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice, in accordance with the parties' settlement agreement. This dismissal does not affect the status of the other defendants in this action.

IT IS SO ORDERED.

Dated:   **March 18, 2016**                                   _____
                                                                                    UNITED STATES DISTRICT JUDGE

1