1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10  CATHLEEN C. EMLER and ROBERT W. EMLER,

11                          Plaintiffs,

12          v.

13  CALIBER HOME LOANS, INC., et al.,

14                          Defendants.

15

Case No. 1:16-CV-0028-DAD-BAM

**ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

16          Pursuant to the parties' stipulation filed on March 31, 2016, and good cause appearing, it

17  is HEREBY ORDERED as follows:

18          1.      The Mandatory Scheduling Conference currently set for April 7, 2016, is

19                  continued to **July 7, 2016, at 9:00 a.m.** in Courtroom 8 (BAM) before Magistrate

20                  Judge Barbara A. McAuliffe; and

21          2.      The parties' joint scheduling report shall be due on June 30, 2016.

22

23  IT IS SO ORDERED.

24      Dated:   __March 31, 2016__            ___/s/ Barbara A. McAuliffe___

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

ORDER RE: JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING
CONFERENCE
1:16-CV-0028-DAD-BAM
70329-0302/130438715.1