UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN C. EMLER; ROBERT W. EMLER,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | No.  1:16-cv-00028-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 22) |

On August 19, 2016, plaintiff filed a notice of voluntary dismissal of the entire action with prejudice in accordance with a settlement agreement and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 22.)  No responsive pleading has been filed in this action. Therefore, this case has been terminated by plaintiff's filing, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  __**August 22, 2016**__                                  _____
                                                                                         UNITED STATES DISTRICT JUDGE

1